UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No. 2:17-mj-22

                                  HON. TIMOTHY P. GREELEY

DERRICK GARRELL SAMUELS,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on July 12, 2017, for an initial appearance on a criminal complaint and warrant. The government moved for detention which was opposed by defendant. A detention hearing will be scheduled for Friday, July 14, 2017.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                              */s/ Timothy P. Greeley*
                                              TIMOTHY P. GREELEY
                                              UNITED STATES MAGISTRATE JUDGE

Dated: July 12, 2017